# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00890-CV

### C. W., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-16-003027, THE HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant C.W. filed her notice of appeal on December 27, 2017. The appellate record was complete January 30, 2018, making appellant's brief due February 20, 2018. On February 20, 2018, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than March 13, 2018. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on February 21, 2018.

Before Justices Puryear, Pemberton, and Bourland